# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

PAUL GRAVES,                              )
                                         )
    Plaintiff,       )
                                         )
v.                                       )          NO. 2:22-cv-00023
                                         )
TIMOTHY JEROLD MCGILLEN and               )
FEDEX GROUND PACKAGE                      )
SYSTEMS, INC.,                           )
                                         )
    Defendants.      )

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 18).

Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close

the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE